UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:22-mj-0769 |
| | ) | |
| CORY TERRY, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR SEPTEMBER 1, 2022**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on the Complaint filed on August 31, 2022 out of the Eastern District of Michigan (2:22-mj-30374, Detroit).   Defendant appeared in person and by FCD counsel Joseph Cleary.   Government represented by AUSA Barry Glickman.   USPO represented by Richard Martinez.

Financial affidavit approved.   Counsel appointed.

Charges and rights were read and explained.

Defendant waived his right to an identity hearing.

Government moved for the defendant to remain in custody pending transport to the Eastern District of Michigan.   Defendant consented to detention pending transport and requested that the detention hearing and any other hearings he is entitled to be held in the charging district.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner

may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant remanded to the custody of the US Marshals pending removal to the Eastern District of Michigan.

Date:  9/1/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana